

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-81,134-01 & -03

### EX PARTE BRANDON TREVELLE CAINES, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 1274700-A & 1274701-A
### IN THE 183RD DISTRICT COURT FROM HARRIS COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of felony murder and sentenced to seventy-five years' imprisonment. The Fourteenth Court of Appeals affirmed his convictions in *Caines v. State*, Nos. 14-11-00912-CR & 14-11-00913-CR (Tex. App.— Houston [14th Dist.] Jan. 17, 2013)(not designated for publication).

On November 19, 2013, the trial court entered a proposed order designating issues and for the filing of an affidavit from trial counsel. It appears that the trial court has not completed its fact

finding in these cases. We remand these applications to the 183rd District Court of Harris County to allow the trial judge to complete an evidentiary investigation and enter the appropriate findings of fact and conclusions of law.

These applications will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: May 13, 2015
Do not publish